■ PUBLIC ADMINISTRATOR OF KINGS COUNTY, as Administrator of the Estate of CARMEN VACA, Deceased, Appellant, v CHARLES ORENSTEIN et al., as Executors of PAULINE KAUFMAN, Deceased, Respondents.—Order of the Supreme Court, Kings County (Bellard, J.), dated June 30, 1983, affirmed, with costs (see, Muller v City of New York, 113 AD2d 877). Mollen, P. J., Thompson, Bracken and O'Connor, JJ., concur.